114 A.3d 830

**Harold V. HOSKINS, Petitioner**

v.

**COURT OF COMMON PLEAS OF LYCOMING COUNTY, Judge N.L. Butts, Respondents.**

**No. 62 MM 2015.**

Supreme Court of Pennsylvania.

May 12, 2015.

### *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of May, 2015, the Application for Leave to File Original Process is **GRANTED,** the Petition for Writ of Mandamus is **DENIED,** and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.